UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ DEC 2 8 2009

P.M.
TIME A.M.

-------------------------------------------------------- x

Israel Newman,

                        **ORDER**

                 Plaintiff,       09-cv-4313
                                   (TLM)
        -against-

James Herbst et al.,

                     Defendant.

-------------------------------------------------------- x

      It is **ORDERED** that the Clerk of Court add *pro se* defendant James Herbst's email address to CM/ECF, and that from this date forward he shall receive notification of all activity in this case via email at the email address cchpinc@aol.com.

      **SO ORDERED.**

                                Tucker L. Melançon
                                United States District Judge

December 28, 2009
Brooklyn, NY